**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| WASHINGTON BLADE, *et al*. |
| Plaintiffs, |
| v. |
| UNITED STATES DEPARTMENT OF LABOR |
| Defendant. |

Civil Action No. 1:20-cv-02591-RDM

## NOTICE OF FILING OF PROOFS OF SERVICE

Plaintiffs respectfully submit the attached Affidavits of Mailing and attachments as proof that service of process has been effected on Defendants United States Department of Labor, United States Attorney's Office for the District of Columbia, and the United States Attorney General in the above-captioned matter.

Dated: 9/23/20

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
DC Bar No. 1026115
Reporters Committee for
    Freedom of the Press
1156 15th St. NW, Suite 1020
Washington, DC 20005
(202) 795-9300
ktownsend@rcfp.org

*Counsel for Plaintiffs*

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Washington Blade, et al.
_____
Plaintiff(s)


vs.                                        Civil Action No. 1:20-cv-02591
                                                            _____


United States Department of Labor
_____
Defendant(s)


### AFFIDAVIT OF MAILING

I, Gunita Singh
_____, hereby state that:

On the 17    day of September   , 2020 , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

United States Department of Labor
200 Constitution Ave., N.W.
Washington, D.C. 20210


I have received the receipt for the certified mail, No. 70200090000159188853
                                                        _____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 21    day of September              , 2020 .

I declare under penalty of perjury that the foregoing is true and correct.


September 23, 2020                         /s/ Gunita Singh
_____              _____
(Date)                                      (Signature)



September 21, 2020

Dear Gunita Singh:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 0090 0001 5918 8853**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 21, 2020, 6:54 am |
| **Location:** | WASHINGTON, DC 20210 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 5.0oz |

| Recipient Signature |
|---|



| Signature of Recipient: | |
|---|---|
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Washington Blade, et al.
_____
           Plaintiff(s)



           vs.                                          Civil Action No. 1:20-cv-02591
                                                                        _____


United States Department of Labor
_____
           Defendant(s)


### AFFIDAVIT OF MAILING

I, Gunita Singh
_____, hereby state that:

On the ___17___ day of ___September_____, _2020___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

        United States Attorney General
        950 Pennsylvania Ave., N.W.
        Washington, D.C. 20530



        I have received the receipt for the certified mail, No. _70200090000159188839_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the ___21___ day of ___September_____, _2020___.

        I declare under penalty of perjury that the foregoing is true and correct.



_____September 23, 2020_____                    _____/s/ Gunita Singh_____
           (Date)                                                (Signature)


**UNITED STATES**
**POSTAL SERVICE**

September 22, 2020

Dear Gunita Singh:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 0090 0001 5918 8839**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | September 21, 2020, 4:44 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 5.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Washington Blade, et al.
_____
Plaintiff(s)

Civil Action No.  1:20-cv-02591
_____

vs.

United States Department of Labor
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I,  Gunita Singh
_____, hereby state that:

On the  17  day of  September  , 2020  , I caused to be deposited in the
United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,
return receipt requested, restricted delivery, addressed to the following defendant:

Civil Process Clerk
U.S. Attorney's Office for the District of Columbia
555 4th St., N.W.
Washington, D.C. 20530

I have received the receipt for the certified mail, No.  70200090000159188860
_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the  21  day of  September  , 2020  .

I declare under penalty of perjury that the foregoing is true and correct.

September 23, 2020
_____
(Date)

/s/ Gunita Singh
_____
(Signature)


**UNITED STATES**
**POSTAL SERVICE**

September 22, 2020

Dear Gunita Singh:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 0090 0001 5918 8860**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered |
| **Status Date / Time:** | September 21, 2020, 4:44 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 5.0oz |

| Recipient Signature | |
| --- | --- |

Signature of Recipient: *[handwritten signature] EDDIE L HAWKINSON*

Address of Recipient: *[handwritten] JUSTICE 20530*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004