UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON BLADE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 20-cv-2591 (RDM) |
| ) | |
| U.S. DEPARTMENT OF LABOR, ) | |
| ) | |
| *Defendant*. ) | |

## MOTION TO CONTINUE PRE-MOTION CONFERENCE

The Department of Labor ("Defendant"), by and through undersigned counsel, respectfully moves for a continuance of the Pre-Motion Conference currently scheduled for September 23, 2022, until September 28, 2022, at 11:30am.

The undersigned was already scheduled to be on leave when the pre-motion conference was scheduled and secured a mutually convenient time for the parties to appear, which is the time sought in this motion. Chambers also advised that the slot requested is available.

WHEREFORE, Defendant respectfully requests this continuance with Plaintiffs' consent.

September 8, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office-DC
601 D Street, N.W. B Civil Division
Washington, D.C. 20530
Telephone: (202) 252-2562