UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON BLADE, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) )  Case No. 20-cv-2591 (RDM) |
| U.S. DEPARTMENT OF LABOR, | ) ) ) |
| *Defendant*. | ) ) |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c) and LCvR 7(h), the Department of Labor ("Defendant"), by and through undersigned counsel, respectfully moves for summary judgment in response to the Complaint filed by Washington Blade, et al. ("Plaintiffs").

In support, Defendant respectfully directs the Court attention to the Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment, Statement of Undisputed Material Facts, and Declaration of Kier Bickerstaff along with the declaration's attached *Vaughn* Index.

January 23, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office-DC
601 D Street, N.W. B Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON BLADE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>*Defendant*. | Case No. 20-cv-2591 (RDM) |

**[PROPOSED] ORDER**

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's motion is here GRANTED; and it is

**FURTHER ORDERED**, Defendant is entitled to judgment as a matter of law because there are no disputed issues of material fact.

DATE:

                                                    HON. RANDOLPH D. MOSS
                                                   United States District Judge