| Category | Description |
| --- | --- |
| A | draft QFRs and legislation sent through OLC clearance |
| B | documents related to scope and application of EO 13777 or EO 13831 |
| C | deliberation about scope and application of religious accommodations |
| D | guidance under deliberation that wasn't finalized |
| E | draft QFR and Congressional hearing preparation documents created by OFCCP |
| F | interagency clearance discussions about RE NPRM/RIA |
| G | response to correspondence from stakeholders re: RE Directive |
| H | agency deliberations on RE Directive and related FAQs |
| I | deliberations on press/contractor rep questions re: RE Directive after issuance |
| J | deliberation about contents of draft ICR to OMB |
| K | deliberation about response to Sen. Lankford inquiries re: religious exemption |
| L | deliberations re: Congressional/complainant inquiries into complaints filed with OFCCP |
| M | deliberations re: settlement and press release in two enforcement actions |
| N | deliberations re: responding to FOIAs |
| O | deliberations re: moratorium on enforcement against TRICARE subcontractors |
| P | internal staff questions re: scope and application of RE Directive |
| Q | response to Buzzfeed re: OFCCP enforcement referrals to DOJ |
| R | deliberations re FY19 OFCCP Draft Operating Plan |
| S | deliberations re IWE questions about scope and interpretation DOJ Memo on Religious Liberty |
| T | deliberations re: scope and interpretation of Directive 2019-01 |
| U | deliberations re: focused reviews Directive and how it would affect scheduling of contractors |
| V | rollout materials re: RE NPRM |
| W | deliberations re: whether INAERP guidance needed updating |
| X | discussion about how agency will work to implement Directives issued during Leen tenure |
| Y | M. Litras internal to-do list |
| Z | documents where DPP information also protected by atty-client |