UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON BLADE, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF LABOR, ) <br> ) <br> *Defendant*. ) <br> ) | Case No. 20-cv-2591 (RDM) |

**MOTION TO ENLARGE TIME TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Department of Labor ("Defendant"), by and through undersigned counsel, respectfully moves for an extension of time until March 31, 2023, to file Defendant's Opposition and Reply. In support, Defendant respectfully proffers the following good cause:

1. In this action under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), Defendant has filed its motion for summary judgment, *see* ECF No. 30, and Plaintiffs have filed their Opposition and cross-moved for summary judgment. *See* ECF No. 31, 32. Defendant's Reply is due on Monday and Plaintiffs' response is due on April 3, 2023.

2. Upon the filing of Plaintiffs' cross-motion and Opposition, the undersigned sent same to the Agency for its review and assessment. As a result, the Agency reported that it would be unredacting some records and releasing them. The requested enlargement would enable this process to take place and for the undersigned to get a better understanding of what records remain disputed.

3. In addition, the undersigned had other deadlines that prevented the undersigned from being able to engage the Agency more intensely and others between now and the requested deadline. Defendant does not request this enlargement lightly or to unduly delay an adjudication of this action. Rather, the enlargement would enable the parties to present disputed matters to the Court in sharper focus.

4. Pursuant to LCvR 7(m), yesterday, the undersigned requested Plaintiffs' consent and Plaintiffs graciously consented earlier today on the condition that their time to respond is not shorted or constrained. Thus, Defendant also respectfully requests that Plaintiffs' Reply would be due on April 21, 2023.

WHEREFORE, Defendant respectfully requests that the Court grant this motion. A proposed Order is attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

March 10, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office-DC
601 D Street, N.W. B Civil Division
Washington, D.C. 20530
Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON BLADE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 20-cv-2591 (RDM) |
| ) | |
| U.S. DEPARTMENT OF LABOR, ) | |
| ) | |
| *Defendant*. ) | |

### [PROPOSED] ORDER

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's motion is here GRANTED; and it is

**FURTHER ORDERED**, that Defendant's Reply and Opposition to Cross Motion is due no later than March 31, 2023; and Plaintiffs' Reply is due no later than April 21, 2023.

DATE:

                                              HON. RANDOLPH D. MOSS
                                              United States District Judge