UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON BLADE, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) Case No. 20-cv-2591 (RDM) |
| U.S. DEPARTMENT OF LABOR, | ) ) ) |
| *Defendant*. | ) ) |

**MOTION TO ENLARGE TIME TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Department of Labor ("Defendant"), by and through undersigned counsel, respectfully moves for an extension of time until April 7, 2023, to file Defendant's Opposition and Reply. In support, Defendant respectfully proffers the following good cause:

1. In this action under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), Defendant has filed its motion for summary judgment, *see* ECF No. 30, and Plaintiffs have filed their Opposition and cross-moved for summary judgment. *See* ECF No. 31, 32. Defendant's Reply is due tomorrow and Plaintiffs' response is due on April 21, 2023.

2. The undersigned is constrained to file this motion due to the press of other deadlines and to confer with Agency Counsel. Specifically, the undersigned is assigned to emergency duty this week and was indeed assigned a preliminary injunction matter on Tuesday and a response is due next week. The need to immediately begin the process of conferring with Agency Counsel in the emergency matter about the discontinuation of SNAP authorization –

about which the undersigned is unfamiliar – derailed the undersigned preparation of Defendant's response in this case. This is in the midst of other deadlines before this Court and the D.C. Circuit.

3. In addition, the undersigned had been conferring with Agency Counsel about some of Defendant's exemption claims. This resulted in the release of some records that Plaintiffs are challenging on March 28, 2023, thereby presumably mooting some of those issues. The undersigned has continued to confer with Agency Counsel about buttressing some justifications and/or consideration of additional releases. Even today, the undersigned and Agency Counsel continued to confer.

4. Defendant does not request this enlargement lightly or to unduly delay an adjudication of this action. The requested enlargement would enable Defendant to bring the remaining issues in this litigation into sharper focus, which presumably serves the interest of this litigation.

5. Pursuant to LCvR 7(m), yesterday, the undersigned requested Plaintiffs' consent and Plaintiffs graciously consented earlier today on the condition that their time to respond is not shorted or constrained. Thus, Defendant also respectfully requests that Plaintiffs' Reply would be due on April 28, 2023.

WHEREFORE, Defendant respectfully requests that the Court grant this motion. A proposed Order is attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

March 30, 2023                            Respectfully submitted,

                                                       MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office-DC
601 D Street, N.W. B Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON BLADE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 20-cv-2591 (RDM) |
| ) | |
| U.S. DEPARTMENT OF LABOR, ) | |
| ) | |
| *Defendant*. ) | |

**[PROPOSED] ORDER**

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's motion is here GRANTED; and it is

**FURTHER ORDERED**, that Defendant's Reply and Opposition to Cross Motion is due no later than April 7, 2023; and Plaintiffs' Reply is due no later than April 28, 2023.

DATE:  _____

HON. RANDOLPH D. MOSS
United States District Judge

4