IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WASHINGTON BLADE, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF LABOR, ) <br> ) <br> *Defendant*. ) <br> ) <br> ) | Case No. 20-cv-2591 (RDM) |

**DEFENDANT'S RESPONSES TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS**

18. On August 29, 2019, Plaintiffs submitted a FOIA request (the "Request") to DOL's Office of Federal Contract Compliance Programs, requesting "all emails to and from the persons in the roles of director, deputy director and director of policy including the words 'religion' or 'religious' from Jan. 20, 2017 to Aug. 30, 2019." Decl. of Chris Johnson ¶ 3 & Ex. 1.

**DEFENDANT'S RESPONSE**: Undisputed.

19. Defendant made a total of fourteen productions of records to Plaintiffs in response to the Request between December 10, 2020, and June 15, 2022. Decl. of Katie Townsend ¶ 2 ("Townsend Decl.").

**DEFENDANT RESPONSE**: Undisputed.

20. In 2019, DOL issued a proposed rule that broadened the scope of Executive Order 11246's religious exemption which became final in December 2020 (the "Final Rule"). *See* Townsend Decl. Ex. II.

**DEFENDANT'S RESPONSE**: Disputed to the extent that such information is not materially relevant to this instant action which relates to a request for records pursuant to the FOIA. Undisputed to the extent that OFCCP issued a Final Rule on the religious exemption in December 2020.

21. The Biden Administration is rescinding the Final Rule titled "Implementing Legal Requirements Regarding the Equal Opportunity Clause's Religious Exemption," which took effect on January 8, 2021. *See* Townsend Decl. Ex. II.

**DEFENDANT'S RESPONSE**: Disputed to the extent that such information is not materially relevant to this instant action which relates to a request for records pursuant to the FOIA. Defendant, however, avers that the Final Rule was rescinded on March 1, 2023.

22. Jenny Yang, current Director of OFCCP, has called the Final Rule "unnecessary and problematic." Townsend Decl. Ex. JJ.

**DEFENDANT'S RESPONSE**: Disputed to the extent that such information is not materially relevant to this instant action which relates to a request for records pursuant to the FOIA.

23. OFCCP has stated that the Final Rule "departs from OFCCP's long-standing reliance on Title VII principles and case law," and "increase[s] rather than decrease[s] confusion about the application of the Executive Order 11246 religious exemption." Further, "OFCCP believes that the 2020 [R]ule creates a lack of clarity regarding the scope and application of the exemption because . . . it misstates the law in key respects[ and] undermines the government's interest in ensuring equal employment opportunity by federal contractors." Townsend Decl. Ex. II.

**DEFENDANT'S RESPONSE**: Disputed to the extent that such information is not materially relevant to this instant action which relates to a request for records pursuant to the FOIA. Undisputed otherwise.[1]

24. Craig Leen previously served as Director of OFCCP until on or about January 20, 2021; he now works in the private sector. *See* Townsend Decl. Exs. Y, HH.

**DEFENDANT'S RESPONSE**: Disputed to the extent that Mr. Craig Leen served as a Senior Advisor within OFCCP from November 2017 through July 2018. Mr. Leen then served as a Political Deputy Director and Acting Director of OFCCP from July 2018 through December 2018. Mr. Leen subsequently served as the Director of OFCCP from December 2018 through January 2021. Mr. Leen then left employment with the Department of Labor.

25. Marika Litras previously served as Deputy Director of OFCCP; she left that position in 2019. *See* Townsend Decl. Ex. Z.

**DEFENDANT'S RESPONSE**: Disputed to the extent that Ms. Marika Litras served as the Director of Enforcement within OFCCP from October 2016 until December 2018. For a part of that time, Ms. Litras also served as the Acting Deputy Director of OFCCP from April 2018 through December 2018. Ms. Litras then served as the Deputy Director of OFCCP from January 2019 through June 2019.

26. DOL did not answer questions asked by BuzzFeed News on or about October 4, 2018 about the promulgation of the Final Rule. *See* Townsend Decl. Ex. KK.

---

[1] Please refer to *Federal Register :: Proposal To Rescind Implementing Legal Requirements Regarding the Equal Opportunity Clause's Religious Exemption* for information regarding OFCCP's statements regarding rescinding the Religious Exemption Final Rule.

**DEFENDANT'S RESPONSE**: Disputed to the extent that such information is not materially relevant to this instant action which relates to a request for records pursuant to the FOIA.

Date: March 10, 2023              Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ ==DRAFT==
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
==(202) 252-2536==
kenneth.adebonojo@usdoj.gov

*Counsel for Defendant*

/s/ *Katie Townsend*
Katie Townsend
DC Bar No. 1026115
Adam A. Marshall
DC Bar No. 1029423
Gunita Singh
DC Bar No. 1601923
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org
Email: amarshall@rcfp.org
Email: gsingh@rcfp.org

*Counsel for Plaintiffs*

4