# Exhibit 1

**Dodson, Aretha A. - SOL**

| | |
|---|---|
| **From:** | Chris Johnson <cjohnson@washblade.com> |
| **Sent:** | Thursday, August 29, 2019 6:11 PM |
| **To:** | FOIARequests |
| **Subject:** | Re: Additional Information Needed |

1712 14th St. NW, 2nd floor
Washington, DC 20009
734-834-7895

On Thu, Aug 29, 2019 at 3:04 PM FOIARequests <FOIARequests@dol.gov> wrote:

> Hello,
>
> Please, provide us with your mailing address and phone number to create a record of your request for processing and tracking purposes. Please respond **only** through foiarequests@dol.gov or fax your response to 202-693-5389.
>
> Have a wonderful day!
>
> Best,
>
> *Aretha Dodson*
>
> **Government Information Specialist**
>
> U. S. Department of Labor Office of the Solicitor
>
> Office of Information Services- Management & Administrative Legal Services
>
> 200 Constitution Avenue, NW
>
> Suite N-2420

Washington, DC 2021

Direct Line: (202) 693-5397

Fax: (202) 693-5389

Email: dodson.aretha.a@dol.gov



*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. Notify sender if this email was received in error.*

**From:** Chris Johnson <cjohnson@washblade.com>
**Sent:** Thursday, August 29, 2019 1:07 PM
**To:** FOIARequests <FOIARequests@dol.gov>; banderson@psc.net
**Subject:** FOIA request — Emails using word "religion" and "religious"

Greetings!

I'm writing to submit a FOIA request for the Office of Federal Contract Compliance Programs. I'm seeking all emails to and from the persons in the roles of director, deputy director and director of policy including the words "religion" or "religious" from Jan. 20, 2017 to Aug. 30, 2019. Please delete all duplicates.

I'm a member of the media. I'd also like to request expedited handling for this FOIA request.

Thank you.

--

Chris Johnson

**Washington Blade**

Chief Political & White House Reporter

*Follow me on Twitter:*

https://twitter.com/chrisjohnson82

--
Chris Johnson
**Washington Blade**
Chief Political & White House Reporter
*Follow me on Twitter:*
https://twitter.com/chrisjohnson82