# Exhibit 3

Message

| | |
|---|---|
| **From:** | Litras, Marika - OFCCP [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9112B12A67ED48C19DE52DCEFDAB028C-LITRAS, MAR] |
| **Sent:** | 8/10/2018 9:58:26 PM |
| **To:** | **(b)(6)** OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a7b46549945d42eaa917708dd2f42ca9 **(b)(6)** |
| **CC:** | Bayles, Carol L - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=22915b6ac1374e4693939a16bd5b0da0-Bayles, Car] |
| **Subject:** | RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom |

**(b)(6)**

Thank you very much for your email. I recognize and respect that you and others may not agree with OFCCP's directive. The directive, however, is important as it incorporates into OFCCP policy recent developments in the law, including from the U.S. Supreme Court. Please be assured that OFCCP remains committed to protecting all covered groups from discrimination and to vigorous enforcement of equal employment opportunities for all workers and job seekers.

Sincerely,
Marika


**From:** **(b)(6)** OFCCP
**Sent:** Friday, August 10, 2018 1:06 PM
**To:** Litras, Marika - OFCCP < **(b)(6)** @dol.gov>
**Cc:** Bayles, Carol L - OFCCP < **(b)(6)** @dol.gov>
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

**(b)(5)**

**(b)(6)**
*Equal Opportunity Specialist*

USDOL/Office of Federal Contract Compliance Programs
Phone: 804-888- **(b)(6)**
**(b)(6)** @dol.gov



**From:** Litras, Marika - OFCCP
**Sent:** Friday, August 10, 2018 12:31 PM
**To:** **(b)(6)** @dol.gov>
**Subject:** OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

OFCCP Colleagues,

This morning OFCCP issued two new policy directives focused on ensuring equal employment opportunity and protecting Americans' religious freedom. The equal employment opportunity directive calls for OFCCP, starting in FY 2017, to neutrally schedule a portion of compliance evaluations as Focused Reviews of EO

DOL002143

11246, Section 503 or VEVRAA. The religious freedom directive protects the rights of religious-exercising organizations. You can find the press release on these new directives at www.dol.gov/ofccp and the directives at https://www.dol.gov/ofccp/regs/compliance/directives/dirindex.htm.

These directives are part of a broader initiative to ensure federal contractors are in compliance with all aspects of OFCCP regulations and that workers are provided equal access to employment. We will provide more operational guidance on these initiatives in the coming weeks and months.

If you receive questions about either of these new directives we ask that you please refer them to OFCCP Chief of Staff (b)(6) @dol.gov.


Marika Litras
Acting Deputy Director

# Exhibit 4

Message

| From: | Leen, Craig - OFCCP [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5FFD4A5B3CC74F49A5D2BF4C747416D4-LEEN, CRAIG] |
|---|---|
| Sent: | 8/13/2018 4:20:17 PM |
| To: | Sweeney, Megan P - OPA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a593a75cefbb4de5b883c3f1df09e44c-Sweeney, Me] |
| CC: | Grappone, Jeffrey Y - OPA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=263543e924ba4f3d80d2f5f7410a8125-Grappone, J] |
| Subject: | RE: Can you call me when you have a chance? |

I know there is time sensitivity.  I would propose the following, which I prepared myself with Marika Litras, our career Acting Deputy Director. Please check with OSEC as well before sending. Please note, I will be working on a more comprehensive response to these inquiries with the Solicitor's Office and should have that ready by tomorrow.



**From:** Sweeney, Megan P - OPA
**Sent:** Monday, August 13, 2018 11:48 AM
**To:** Leen, Craig - OFCCP < (b)(6) @DOL.gov>
**Subject:** RE: Can you call me when you have a chance?

Craig,

Would it work to direct them to this section of the first directive?

Thank you,
Megan

5.  **BACKGROUND:** The Office of Federal Contract Compliance Programs (OFCCP) enforces the E.O., Section 503, and VEVRAA. Collectively, these laws prohibit federal contractors and subcontractors from discriminating on the basis of race, color, religion, sex, sexual orientation, gender identity, national origin, disability or status as a protected veteran. They also require federal contractors and subcontractors to take affirmative steps to ensure equal employment opportunity in their employment processes.  Contractors and

**From:** Leen, Craig - OFCCP
**Sent:** Monday, August 13, 2018 11:03 AM

**To:** Sweeney, Megan P - OPA < **(b)(6)** @DOL.gov>
**Subject:** Re: Can you call me when you have a chance?

Just called. Will call back at 11:05am. My number is 202- **(b)(6)**

---

On: 13 August 2018 10:54,
"Sweeney, Megan P - OPA" < **(b)(6)** @DOL.gov> wrote:

202- **(b)(6)**

---

On: 13 August 2018 10:53,
"Leen, Craig - OFCCP" < **(b)(6)** @DOL.gov> wrote:

Please send me the best number to call you at. Thanks.

---

On: 13 August 2018 10:44,
"Sweeney, Megan P - OPA" < **(b)(6)** @DOL.gov> wrote:

We have a time-sensitive inquiry regarding last week's directive. Thank you!

DOL003994

# Exhibit 5

Message
_____

| | |
|---|---|
| **From:** | Leen, Craig - OFCCP [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5FFD4A5B3CC74F49A5D2BF4C747416D4-LEEN, CRAIG] |
| **Sent:** | 7/5/2019 9:19:26 PM |
| **To:** | LaJeunesse, Robert - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c9f3ffa568704a2db7b79e20a25c080e-LaJeunesse,] |
| **CC:** | Smith, Kelley - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0cea2c4e5e114c0daafc5aabb237c96a-Smith, Kell]; Speer, Melissa - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b53edd248cbd4e9a9e572bb94b966ece-Speer, Meli]; Kaiser, Javaid - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1e5f5c483d9741aa8d6ed6b0dadd6027-Kaiser, Jav]; Fort, Harvey D - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6f10edeb3ed442e3a4f1b0ef426f9703-Fort, Harve] |
| **Subject:** | Fwd: Religious Accommodations |

Bob, as you know, the subject of reasonable accommodation is very important to me. We have spoken it about it extensively in the context of the upcoming section 503 focused reviews relating to disability accommodation, as well as how we look closely at disability-related accommodations in every review. That is a key item of concern for me, and one that I want the agency to prioritize, to ensure individuals with disabilities are comfortable seeking accommodations that help them succeed in the workplace.

```
┌─────────────────────────────────────────────────────────────────────────────┐
│                              (b)(5)                                           │
└─────────────────────────────────────────────────────────────────────────────┘
```

It is important that contractors have policies that are open to accommodation requests generally. This will help individuals with disabilities seeking disability-related accommodations, and will at the same time help those seeking accommodations for religious observance and practice.

Ensuring reasonable accommodations is a key priority for me, and ensuring reasonable accommodations directly helps prevent discrimination.

Please let the RDs know.

Thanks,
Craig

Get Outlook for iOS

_____

**From:** Bickerstaffe, Keir - SOL
**Sent:** Tuesday, July 2, 2019 11:25:08 AM
**To:** Leen, Craig - OFCCP; Kraak, Margaret - OFCCP
**Cc:** Smith, Kelley - OFCCP; Gean, Lissette - OFCCP
**Subject:** RE: Religious Accommodations

```
┌─────────────────────────────────────────────────────────────────────────────┐
│                              (b)(5)                                           │
└─────────────────────────────────────────────────────────────────────────────┘
```

§60-50.3   Accommodations to religious observance and practice.

An employer must accommodate to the religious observances and practices of an employee or prospective employee unless the employer demonstrates that it is unable to reasonably accommodate to an employee's or prospective employee's

religious observance or practice without undue hardship on the conduct of the employer's business. As part of this obligation, an employer must make reasonable accommodations to the religious observances and practices of an employee or prospective employee who regularly observes Friday evening and Saturday, or some other day of the week, as his Sabbath and/or who observes certain religious holidays during the year and who is conscientiously opposed to performing work or engaging in similar activity on such days, when such accommodations can be made without undue hardship on the conduct of the employer's business. In determining the extent of an employer's obligations under this section, at least the following factors shall be considered: (a) Business necessity, (b) financial costs and expenses, and (c) resulting personnel problems.

Link to Part 60-50: https://gcc01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.ecfr.gov%2Fcgi-bin%2Ftext-idx%3FSID%3D3b4181a6133c1e0088b4db8dc615c812%26mc%3Dtrue%26node%3Dpt41.1.60_650%26rgn%3Ddiv5&amp;data=02%7C01%7CLeen.Craig%40DOL.gov%7C74669576152c46af662f08d6ff0177b5%7C75a6305472044e0c9126adab971d4aca%7C0%7C0%7C636976779094555083&amp;sdata=b7BRgh1MWuFI43FthGDwz9ZFbaGvb61PdOu7t5UHBes%3D&amp;reserved=0

-----Original Message-----
From: Leen, Craig - OFCCP (b)(6) @DOL.gov>
Sent: Tuesday, July 2, 2019 11:21 AM
To: Kraak, Margaret - OFCCP (b)(6) @dol.gov>
Cc: Smith, Kelley - OFCCP (b)(6) @dol.gov>; Gean, Lissette - OFCCP (b)(6) @dol.gov>; Bickerstaffe, Keir - SOL (b)(6) @dol.gov>
Subject: Religious Accommodations

Please send me the OFCCP regulations relating to religious accommodations. Thanks.

Sent from my iPhone

Exhibit 6

| Message | |
|---|---|
| **From:** | LaJeunesse, Robert - OFCCP [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C9F3FFA568704A2DB7B79E20A25C080E-LAJEUNESSE,] |
| **Sent:** | 7/8/2019 4:25:43 PM |
| **To:** | Leen, Craig - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5ffd4a5b3cc74f49a5d2bf4c747416d4-Leen, Craig] |
| **CC:** | Smith, Kelley - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0cea2c4e5e114c0daafc5aabb237c96a-Smith, Kell]; Speer, Melissa - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b53edd248cbd4e9a9e572bb94b966ece-Speer, Meli]; Kaiser, Javaid - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1e5f5c483d9741aa8d6ed6b0dadd6027-Kaiser, Jav]; Fort, Harvey D - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6f10edeb3ed442e3a4f1b0ef426f9703-Fort, Harve] |
| **Subject:** | RE: Religious Accommodations |

Dear Craig,

**(b)(5)**

I know the issue of religious accommodation has come up at many of the ⸢ **(b)(5)** ⸥ likely has some experiences to share with us.

More soon, Bob.

---

**From:** Leen, Craig - OFCCP ⸢ **(b)(6)** ⸥ @DOL.gov>
**Sent:** Friday, July 05, 2019 5:19 PM
**To:** LaJeunesse, Robert - OFCCP ⸢ **(b)(6)** ⸥ @dol.gov>
**Cc:** Smith, Kelley - OFCCP ⸢ **(b)(6)** ⸥ @dol.gov>; Speer, Melissa - OFCCP ⸢ **(b)(6)** ⸥ @dol.gov>; Kaiser, Javaid - OFCCP ⸢ **(b)(6)** ⸥ @dol.gov>; Fort, Harvey D - OFCCP ⸢ **(b)(6)** ⸥ @dol.gov>
**Subject:** Fwd: Religious Accommodations

Bob, as you know, the subject of reasonable accommodation is very important to me. We have spoken it about it extensively in the context of the upcoming section 503 focused reviews relating to disability accommodation, as well as how we look closely at disability-related accommodations in every review. That is a key item of concern for me, and one that I want the agency to prioritize, to ensure individuals with disabilities are comfortable seeking accommodations that help them succeed in the workplace.

**(b)(5)**

It is important that contractors have policies that are open to accommodation requests generally. This will help individuals with disabilities seeking disability-related accommodations, and will at the same time help those seeking accommodations for religious observance and practice.

Ensuring reasonable accommodations is a key priority for me, and ensuring reasonable accommodations directly helps prevent discrimination.

Please let the RDs know.

Thanks,
Craig

Get Outlook for iOS

---

**From:** Bickerstaffe, Keir - SOL
**Sent:** Tuesday, July 2, 2019 11:25:08 AM
**To:** Leen, Craig - OFCCP; Kraak, Margaret - OFCCP
**Cc:** Smith, Kelley - OFCCP; Gean, Lissette - OFCCP
**Subject:** RE: Religious Accommodations

> # (b)(5)

§60-50.3   Accommodations to religious observance and practice.

An employer must accommodate to the religious observances and practices of an employee or prospective employee unless the employer demonstrates that it is unable to reasonably accommodate to an employee's or prospective employee's religious observance or practice without undue hardship on the conduct of the employer's business. As part of this obligation, an employer must make reasonable accommodations to the religious observances and practices of an employee or prospective employee who regularly observes Friday evening and Saturday, or some other day of the week, as his Sabbath and/or who observes certain religious holidays during the year and who is conscientiously opposed to performing work or engaging in similar activity on such days, when such accommodations can be made without undue hardship on the conduct of the employer's business. In determining the extent of an employer's obligations under this section, at least the following factors shall be considered: (a) Business necessity, (b) financial costs and expenses, and (c) resulting personnel problems.

Link to Part 60-50: https://gcc01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.ecfr.gov%2Fcgi-bin%2Ftext-idx%3FSID%3D3b4181a6133c1e0088b4db8dc615c812%26mc%3Dtrue%26node%3Dpt41.1.60_650%26rgn%3Ddiv5&amp;data=02%7C01%7CLeen.Craig%40DOL.gov%7C74669576152c46af662f08d6ff0177b5%7C75a6305472044e0c9126adab971d4aca%7C0%7C0%7C636976779094555083&amp;sdata=b7BRgh1MWuFI43FthGDwz9ZFbaGvb61PdOu7t5UHBes%3D&amp;reserved=0


-----Original Message-----
From: Leen, Craig - OFCCP < **(b)(6)** @DOL.gov>
Sent: Tuesday, July 2, 2019 11:21 AM
To: Kraak, Margaret - OFCCP < **(b)(6)** @dol.gov>
Cc: Smith, Kelley - OFCCP < **(b)(6)** @dol.gov>; Gean, Lissette - OFCCP < **(b)(6)** @dol.gov>;
Bickerstaffe, Keir - SOL < **(b)(6)** @dol.gov>
Subject: Religious Accommodations

Please send me the OFCCP regulations relating to religious accommodations. Thanks.

Sent from my iPhone

Exhibit 7

Message
---

| From: | Trupo, Michael - OPA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=11A10E035510459BABB86A81938F905C-TRUPO, MICH] |
|---|---|
| Sent: | 12/18/2017 10:38:13 PM |
| To: | Dowd, Tom M - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7889e249d36348bdb6ca23348c008006-Dowd, Tom] |
| CC: | Litras, Marika - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9112b12a67ed48c19de52dcefdab028c-Litras, Mar]; Smith, Kelley - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0cea2c4e5e114c0daafc5aabb237c96a-Smith, Kell]; Pinto, Consuela - SOL [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4ec6391f722a49d1865129a1c0cc895e-Pinto, Cons] |
| Subject: | RE: Questions about enforcement of EO 11246 and referrals to DOJ |

Hi Tom,

One more thing - sorry to bug you with this again - I was asked to pare down our response and I want to be sure that this is accurate:

```
(b)(5)
```

Please let me know.

Thank you,
Mike

Michael Trupo
Office of Public Affairs
U.S. Department of Labor
202-693- (b)(6)

-----Original Message-----
From: Dowd, Tom M - OFCCP
Sent: Monday, December 18, 2017 5:16 PM
To: Trupo, Michael - OPA
Cc: Litras, Marika - OFCCP; Smith, Kelley - OFCCP; Pinto, Consuela - SOL
Subject: RE: Questions about enforcement of EO 11246 and referrals to DOJ

Greetings Mike,

```
(b)(5)
```

I suggest speaking directly with Consuela Pinto for more details about either case since they were handled directly by them with DOJ.

Thanks. tom

From: Trupo, Michael - OPA
Sent: Monday, December 18, 2017 4:47 PM
To: Dowd, Tom M - OFCCP
Cc: Litras, Marika - OFCCP; Smith, Kelley - OFCCP
Subject: RE: Questions about enforcement of EO 11246 and referrals to DOJ

Hi Tom,

I am still working this out with my front office. Jeff Grappone is asking me if we have any details on the two cases that were referred to DOJ. Does your team have anything handy?

Thank you,
Mike

```
Michael Trupo
Office of Public Affairs
U.S. Department of Labor
202-693- (b)(6)

From: Dowd, Tom M - OFCCP
Sent: Thursday, December 14, 2017 3:25 PM
To: Trupo, Michael - OPA
Subject: RE: Questions about enforcement of EO 11246 and referrals to DOJ

Yes, he did.

From: Trupo, Michael - OPA
Sent: Thursday, December 14, 2017 3:25 PM
To: Dowd, Tom M - OFCCP
Cc: Litras, Marika - OFCCP; Smith, Kelley - OFCCP
Subject: RE: Questions about enforcement of EO 11246 and referrals to DOJ

Thanks, Tom.  Did Ondray Harris sign off on these?  I expect my front office will ask.

Thank you,
Mike

Michael Trupo
Office of Public Affairs
U.S. Department of Labor
202-693- (b)(6)

From: Dowd, Tom M - OFCCP
Sent: Thursday, December 14, 2017 1:26 PM
To: Trupo, Michael - OPA
Cc: Litras, Marika - OFCCP; Smith, Kelley - OFCCP
Subject: RE: Questions about enforcement of EO 11246 and referrals to DOJ

Mike,

The attachment includes OFCCP's responses to the BuzzFeed questions.  SOL/CLRM reviewed and answered the
DOJ referral questions and OFCCP confirmed the data.

Thanks. tom

From: Trupo, Michael - OPA
Sent: Wednesday, December 13, 2017 9:48 AM
To: Dowd, Tom M - OFCCP
Cc: Litras, Marika - OFCCP; Smith, Kelley - OFCCP
Subject: FW: Questions about enforcement of EO 11246 and referrals to DOJ
Importance: High

Hi Tom,

A New York-based Buzzfeed reporter is working on a story about the DOJ Civil Rights Division's Employment
Litigation Section.  He is trying to figure out how often OFCCP refers cases to ELS, and is interested in
year-over-year data going back to 2001.

Looking at his questions, I think this is going to come down to what data have, and what we do or do not
make available in the regular course of business.

Please take a look at the incoming email below and let me know when we can discuss.  I am teleworking
today and on (b)(6)  (b)(6)  The reporter is also speaking with the EEOC and DOJ and is trying to wrap up
reporting this week if possible.  I'll flag this for Steve Barr and Jeff Grappone today, though it would
be good to talk to you first and get an idea of what we might be able to do.

Thank you!
Mike


Michael Trupo
Office of Public Affairs
U.S. Department of Labor
202-693- (b)(6)
```

Hi, Mike.


Thanks for talking briefly just now — I'm the reporter for BuzzFeed News. I'm writing about the DOJ's Employment Litigation Section (ELS) and the Department of Labor — how the agencies are handling certain discrimination complaints and filing litigation in federal court.


I'm trying to check in with all the correct parties. My questions for the DOL are related to enforcement of Executive Order 11246. I know employment complaints arising under the EO are referred to the ELS, so I'm also asking the ELS a parallel set of questions.


QUESTIONS


How many complaints arising under EO 11246 has the DOL referred to ELS — by year — since 2001? (I'm particularly concerned with 2017.) What type of discrimination is alleged in those referrals (e.g., race, gender identity, religion)?


How many complaints arising under EO 11246 has the DOL considered — by year — since 2001 that were not referred to ELS? How did those resolve?


In those cases DOL handles under the EO, who are the complainants? Is it exclusively employees alleging discrimination by employers (that have federal contracts)? Or are there other types of complainants and defendants?


Has ELS encountered any discrimination claim involving sexual orientation or gender identity discrimination under EO 11246 in 2017? Were any of those referred to the ELS? How did the ELS handle those cases?


Thank you!


Dominic


Dominic Holden | Political Reporter | BuzzFeed

Desk: (646) 668-(b)(6) | Mobile: (206) 877-(b)(6) @dominicholden<https://twitter.com/dominicholden>
111 East 18th St, New York, NY 10003

DOL000601

Exhibit 8

Message
_____

| | |
|---|---|
| **From**: | Leen, Craig - OFCCP [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5FFD4A5B3CC74F49A5D2BF4C747416D4-LEEN, CRAIG] |
| **Sent**: | 12/19/2017 8:27:44 PM |
| **To**: | Carr, Debra A - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ea95c7c6b8c74db29abe460492b323f8-Carr, Debra]; Bickerstaffe, Keir - SOL [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=76946342408840629d14d5b8c536a764-Bickerstaff] |
| **CC**: | Harris, Ondray T - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a248b9a4349e4f4793bb20354050ecd5-Harris, Ond]; Dowd, Tom M - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7889e249d36348bdb6ca23348c008006-Dowd, Tom]; Smith, Kelley - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0cea2c4e5e114c0daafc5aabb237c96a-Smith, Kell] |
| **Subject**: | Draft Letter to Senator Lankford |
| **Attachments**: | Draft Letter to Senator Lankford.docx |


Debra and Keir,

Here is the draft letter, which I have also attached in a Word document to facilitate any proposed edits:

The Honorable James Lankford
United States Senate
Washington, DC 20510


Dear Senator Lankford:

# (b)(5)

If you have any further questions, please contact the Department of Labor's Office of Congressional and Intergovernmental Affairs at (202) 693-4600.

Please review and let's discuss. I would like to get the Director, who is copied, our final version by tomorrow afternoon.

Thanks,
Craig

Craig E. Leen
Senior Advisor
**U.S. Department of Labor**
Office of Federal Contract Compliance Programs
200 Constitution Avenue, NW
Room C3325
Washington, DC 20210
(202) 693-**(b)(6)** (Phone)
(202) 693-1304 (Fax)

DOL000776

Message

| | |
|---|---|
| **From**: | Smith, Kelley - OFCCP [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0CEA2C4E5E114C0DAAFC5AABB237C96A-SMITH, KELL] |
| **Sent**: | 1/31/2018 11:02:37 PM |
| **To**: | Carr, Debra A - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ea95c7c6b8c74db29abe460492b323f8-Carr, Debra] |
| **Subject**: | RE: Meeting Set Up by Senator Lankford's Staff |

Ok. Thank you.

---

**From:** Carr, Debra A - OFCCP
**Sent:** Wednesday, January 31, 2018 6:01 PM
**To:** Smith, Kelley - OFCCP
**Subject:** FW: Meeting Set Up by Senator Lankford's Staff

See below. No response yet from SOL.

DAC

---

**From:** Carr, Debra A - OFCCP
**Sent:** Monday, January 29, 2018 7:10 PM
**To:** Bickerstaffe, Keir - SOL
**Cc:** Dowd, Tom M - OFCCP
**Subject:** Meeting Set Up by Senator Lankford's Staff

Keir,

> # (b)(5)

Any legal concerns or barriers here?

DAC

DOL001309

# Exhibit 9

Message

| | |
|---|---|
| **From:** | Pinto, Consuela - SOL [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4EC6391F722A49D1865129A1C0CC895E-PINTO, CONS] |
| **Sent:** | 12/15/2017 8:29:51 PM |
| **To:** | Smith, Kelley - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0cea2c4e5e114c0daafc5aabb237c96a-Smith, Kell]; Dowd, Tom M - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7889e249d36348bdb6ca23348c008006-Dowd, Tom]; Carr, Debra A - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ea95c7c6b8c74db29abe460492b323f8-Carr, Debra]; Bickerstaffe, Keir - SOL [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=76946342408840629d14d5b8c536a764-Bickerstaff] |
| **CC:** | Dankowitz, Beverly - SOL [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d35b44f0957b4cdeb796c97e5990ebcf-Dankowitz,] |
| **Subject:** | FW: OFCCP question |
| **Attachments:** | DOJ religious freedom guidance ; OFCCP question; SIMS832378_The Honorable James Lankford_Final071017.pdf |

Looping Keir.

<div style="border:1px dashed">(b)(5)</div>

Consuela A. Pinto
Deputy Associate Solicitor
US Department of Labor
Civil Rights and Labor-Management Division
200 Constitution Avenue, NW
Suite N-2474
Washington, DC 20210
(202) 693-[(b)(6)](Phone)
(202) 693-5319 (Fax)

This message may contain information that is privileged and exempt from disclosure under applicable law. Do not share or copy without consulting the Office of the Solicitor. If you think you have received this message in error, please notify the sender immediately.

---

**From:** Smith, Kelley - OFCCP
**Sent:** Friday, December 15, 2017 3:04 PM
**To:** Dankowitz, Beverly - SOL; Pinto, Consuela - SOL
**Cc:** Dowd, Tom M - OFCCP; Carr, Debra A - OFCCP
**Subject:** FW: OFCCP question

Hi Bev and Consuela,

Tom asked me to loop you two in.

Craig will be working on a revised response to the attached Lankford letter[(b)(6)]
<div style="border:1px dashed">(b)(6)</div>

Kelley

---

**From:** Smith, Kelley - OFCCP
**Sent:** Friday, December 15, 2017 2:45 PM
**To:** Almanza, Margie A - OCIA; Executive Secretariat

**Cc:** Anderson, Byron E - OCIA; Leen, Craig - OFCCP; Dowd, Tom M - OFCCP
**Subject:** FW: OFCCP question

Hi Margie and ExecSec,

OFCCP's Director received this email and attachments. We are working to draft a response.

I wanted to bring this to your attention so it can be controlled.

Kelley

---

**From:** Harris, Ondray T - OFCCP
**Sent:** Friday, December 15, 2017 2:32 PM
**To:** Smith, Kelley - OFCCP
**Subject:** FW: OFCCP question

---

**From:** Ray, Paul J - OSEC
**Sent:** Monday, December 11, 2017 11:17 AM
**To:** Harris, Ondray T - OFCCP
**Subject:** FW: OFCCP question

The promised emails (one of them contains a letter to RAA).

Paul J. Ray
Counselor to the Secretary
U.S. Department of Labor
Tel: (202) 693-**(b)(6)**

---

**From:** Seitz, Sarah (Lankford) [mailto **(b)(6)**
**Sent:** Monday, July 24, 2017 11:27 AM
**To:** Ray, Paul J - OSEC
**Subject:** OFCCP question

Hi Paul –

The Senator sent the attached letter to the Secretary, and on July 10th, received a response from Deputy Director Thomas Dowd.

There was no staff POC listed in the response, it just said to call congressional affairs if I have any questions. I tried that and they couldn't give the name of anyone to speak with.

I have some concerns and questions with the response we received and would like to speak with someone about it. Do you have any suggestions?

Thank you!

**Sarah Seitz**
Legislative Counsel
Senator James Lankford (R-OK)
316 Hart Senate Office Building, Washington, D.C.
202-224-**(b)(6)**

DOL000513

# Exhibit 10

Message
_____

| | |
|---|---|
| From: | Litras, Marika - OFCCP [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9112B12A67ED48C19DE52DCEFDAB028C-LITRAS, MAR] |
| Sent: | 1/23/2019 11:31:07 AM |
| To: | Smith, Kelley - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0cea2c4e5e114c0daafc5aabb237c96a-Smith, Kell] |
| CC: | Fort, Harvey D - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6f10edeb3ed442e3a4f1b0ef426f9703-Fort, Harve]; Williams, Tina T - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=de1ca1bb58004746a50104bd40a50623-Williams, T] |
| Subject: | Re: assignment for Tuesday |


Kelley I will revise this one this morning and ⌐  ‧‧‧‧‧‧‧‧‧‧‧‧‧ (b)(5) ‧‧‧‧‧‧‧‧‧‧‧‧‧ ¬

_____
From: Leen, Craig - OFCCP
Sent: Tuesday, January 22, 2019 7:39 PM
To: Smith, Kelley - OFCCP; Bickerstaffe, Keir - SOL; Dankowitz, Beverly - SOL; Lupardo, Jeffrey - SOL; Bennett, Anna Laura - SOL; Legum, Radine - SOL
Cc: Fort, Harvey D - OFCCP; Litras, Marika - OFCCP; Williams, Tina T - OFCCP
Subject: RE: assignment for Tuesday

# (b)(5)

From: Smith, Kelley - OFCCP ⌐ (b)(6) ¬dol.gov>
Sent: Tuesday, January 22, 2019 6:38 PM
To: Bickerstaffe, Keir - SOL ⌐ (b)(6) ¬dol.gov>; Dankowitz, Beverly - SOL ⌐ (b)(6) ¬dol.gov>; Lupardo, Jeffrey - SOL ⌐ (b)(6) ¬; Bennett, Anna Laura - SOL ⌐ (b)(6) ¬DOL.gov>; Legum, Radine - SOL ⌐ (b)(6) ¬dol.gov>
Cc: Fort, Harvey D - OFCCP ⌐ (b)(6) ¬dol.gov>; Litras, Marika - OFCCP ⌐ (b)(6) ¬dol.gov>; Williams, Tina T - OFCCP ⌐ (b)(6) ¬dol.gov>; Leen, Craig - OFCCP ⌐ (b)(6) ¬DOL.gov>
Subject: RE: assignment for Tuesday

Hi,

Attached are the documents for pay discrimination data.

Kelley

From: Smith, Kelley - OFCCP
Sent: Tuesday, January 22, 2019 4:57 PM
To: Bickerstaffe, Keir - SOL ⌐ (b)(6) ¬dol.gov<mailto: (b)(6) dol.gov>>; Dankowitz, Beverly - SOL ⌐ (b)(6) ¬dol.gov<mailto: (b)(6) dol.gov>>; Lupardo, Jeffrey - SOL ⌐ (b)(6) ¬dol.gov<mailto: (b)(6) dol.gov>>; Legum, Radine - SOL
Cc: Fort, Harvey D - OFCCP ⌐ (b)(6) ¬dol.gov<mailto: (b)(6) dol.gov>>; Litras, Marika - OFCCP ⌐ (b)(6) ¬dol.gov<mailto: (b)(6) dol.gov>>; Williams, Tina T - OFCCP ⌐ (b)(6) ¬dol.gov<mailto: (b)(6) dol.gov>>
Subject: RE: assignment for Tuesday

Hi,

I am attaching the pregnancy background and one page documents.

So far here is the list of items that I've sent for your review (highlighted in green):

·        Age Discrimination

- Pay Equity
- Pregnancy
- Equal Pay
- IT
- Pay Discrimination Data
- Religious Exemption
- TRICARE
- Disability (503 Focused Reviews)

Kelley

From: Litras, Marika - OFCCP [ (b)(6) ]dol.gov<mailto:[ (b)(6) ]dol.gov>>
Sent: Tuesday, January 22, 2019 4:10 PM
To: Bickerstaffe, Keir - SOL [ (b)(6) ]@dol.gov<mailto:[ (b)(6) ]dol.gov>>; Fort, Harvey
D - OFCCP [ (b)(6) ]D@dol.gov<mailto:[ (b)(6) ]@dol.gov>>
Cc: Bennett, Anna Laura - SOL < [ (b)(6) ]@DOL.gov<mailto:[ (b)(6) ]@DOL.gov>>; Legum, Radine -
SOL < [ (b)(6) ]@dol.gov<mailto:[ (b)(6) ]dol.gov>>; Dankowitz, Beverly - SOL
< [ (b)(6) ]@dol.gov<mailto:[ (b)(6) ]dol.gov>>; Smith, Kelley - OFCCP
< [ (b)(6) ]@dol.gov<mailto:[ (b)(6) ]dol.gov>>
Subject: RE: assignment for Tuesday

Thank you – we are close to sending you our drafts for Age, Pregnancy, and Pay Equity. We are still
working on the following topics and will get them to you on a rolling basis between tonight and first
thing in the morning:

- Equal Pay
- Minority Workers in IT and Financial Services
- Pay Discrimination Data
- Section 503 Focused Reviews

From: Bickerstaffe, Keir - SOL < [ (b)(6) ]dol.gov<mailto:[ (b)(6) ]dol.gov>>
Sent: Tuesday, January 22, 2019 3:59 PM
To: Fort, Harvey D - OFCCP < [ (b)(6) ]@dol.gov<mailto:[ (b)(6) ]@dol.gov>>; Litras, Marika - OFCCP
< [ (b)(6) ]@dol.gov<mailto:[ (b)(6) ]dol.gov>>
Cc: Bennett, Anna Laura - SOL < [ (b)(6) ]@DOL.gov<mailto:[ (b)(6) ]@DOL.gov>>; Legum, Radine -
SOL < [ (b)(6) ]@dol.gov<mailto:[ (b)(6) ]dol.gov>>; Dankowitz, Beverly - SOL
< [ (b)(6) ]@dol.gov<mailto:[ (b)(6) ]dol.gov>>
Subject: FW: assignment for Tuesday

Harvey,

Attached are the documents we put together on the Religious Exemption.  Please reach out to Anna Laura or
myself with any questions.  Thanks.

Keir Bickerstaffe
Counsel for Interpretation and Advice
Office of the Solicitor, Civil Rights and Labor-Management Division
U.S. Department of Labor
200 Constitution Avenue NW, Suite N-2474
Washington, DC 20210
Phone: (202) 693- (b)(6)
Fax: (202) 693-5319
This message may contain information that is privileged and exempt from disclosure under applicable law.
Do not share or copy without consulting the Office of the Solicitor.  If you think you have received this
message in error, please notify the sender immediately.

# Exhibit 11

Message

---

| | |
|---|---|
| **From**: | Bickerstaffe, Keir - SOL [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=76946342408840629D14D5B8C536A764-BICKERSTAFF] |
| **Sent**: | 1/23/2019 8:25:13 PM |
| **To**: | Fort, Harvey D - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6f10edeb3ed442e3a4f1b0ef426f9703-Fort, Harve] |
| **CC**: | Litras, Marika - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9112b12a67ed48c19de52dcefdab028c-Litras, Mar]; Smith, Kelley - OFCCP [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0cea2c4e5e114c0daafc5aabb237c96a-Smith, Kell] |
| **Subject**: | RE: assignment for Tuesday |

No worries, Anna Laura is doing this now, but I'll send on to her.

---

**From:** Fort, Harvey D - OFCCP < (b)(6) @dol.gov>
**Sent:** Wednesday, January 23, 2019 3:24 PM
**To:** Bickerstaffe, Keir - SOL < (b)(6) @dol.gov>
**Cc:** Litras, Marika - OFCCP < (b)(6) @dol.gov>; Smith, Kelley - OFCCP < (b)(6) @dol.gov>
**Subject:** RE: assignment for Tuesday

Keir,

Policy took a stab at the one pager if that helps...

Harvey

---

**From:** Fort, Harvey D - OFCCP
**Sent:** Wednesday, January 23, 2019 2:48 PM
**To:** Bickerstaffe, Keir - SOL < (b)(6) @dol.gov>; Litras, Marika - OFCCP < (b)(6) @dol.gov>; Smith, Kelley - OFCCP < (b)(6) @dol.gov>
**Subject:** RE: assignment for Tuesday

Yes — Please.

---

**From:** Bickerstaffe, Keir - SOL < (b)(6) @dol.gov>
**Sent:** Wednesday, January 23, 2019 2:47 PM
**To:** Fort, Harvey D - OFCCP < (b)(6) @dol.gov>; Litras, Marika - OFCCP < (b)(6) @dol.gov>; Smith, Kelley - OFCCP < (b)(6) @dol.gov>
**Subject:** FW: assignment for Tuesday
**Importance:** High

See below.  If you'd like CRLM to take this back and try to address Craig's comments, we can.

---

**From:** Leen, Craig - OFCCP < (b)(6) @DOL.gov>
**Sent:** Tuesday, January 22, 2019 7:48 PM
**To:** Smith, Kelley - OFCCP < (b)(6) @dol.gov>
**Cc:** Litras, Marika - OFCCP < (b)(6) @dol.gov>; Dankowitz, Beverly - SOL < (b)(6) @dol.gov>; Bickerstaffe, Keir - SOL < (b)(6) @dol.gov>; Bennett, Anna Laura - SOL < (b)(6) @DOL.gov>; Fort, Harvey D - OFCCP < (b)(6) @dol.gov>
**Subject:** RE: assignment for Tuesday
**Importance:** High



**From:** Smith, Kelley - OFCCP < (b)(6) @dol.gov>
**Sent:** Tuesday, January 22, 2019 6:39 PM
**To:** Leen, Craig - OFCCP < (b)(6) @DOL.gov>
**Cc:** Litras, Marika - OFCCP < (b)(6) @dol.gov>
**Subject:** FW: assignment for Tuesday

FYI

**From:** Bickerstaffe, Keir - SOL < (b)(6) @dol.gov>
**Sent:** Tuesday, January 22, 2019 3:59 PM
**To:** Fort, Harvey D - OFCCP < (b)(6) @dol.gov>; Litras, Marika - OFCCP < (b)(6) @dol.gov>
**Cc:** Bennett, Anna Laura - SOL < (b)(6) @DOL.gov>; Legum, Radine - SOL < (b)(6) @dol.gov>; Dankowitz, Beverly - SOL < (b)(6) @dol.gov>
**Subject:** FW: assignment for Tuesday

Harvey,

Attached are the documents we put together on the Religious Exemption. Please reach out to Anna Laura or myself with any questions. Thanks.

**Keir Bickerstaffe**
*Counsel for Interpretation and Advice*
*Office of the Solicitor, Civil Rights and Labor-Management Division*
*U.S. Department of Labor*
*200 Constitution Avenue NW, Suite N-2474*
*Washington, DC 20210*
*Phone: (202) 693-* (b)(6)
*Fax: (202) 693-5319*

*This message may contain information that is privileged and exempt from disclosure under applicable law. Do not share or copy without consulting the Office of the Solicitor. If you think you have received this message in error, please notify the sender immediately.*

DOL003018