UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON BLADE, *et al.*, **)** | |
| **)** | |
| *Plaintiffs*, **)** | |
| **)** | |
| v. **)** | Case No. 20-cv-2591 (RDM) |
| **)** | |
| U.S. DEPARTMENT OF LABOR, **)** | |
| **)** | |
| *Defendant*. **)** | |

## NOTICE OF FILING TO CORRECT ERRORS

The Department of Labor ("Defendant"), by and through undersigned counsel, respectfully submits this Notice of Filing to Correct Errors in Defendant's Opposition to Plaintiffs' Cross-Motion and Reply to Plaintiffs' Opposition. *See* ECF No. 36. Defendant's filing was due and ready to be filed on April 7, 2023, but the Court's electronic filing portal was inaccessible on the evening of said date. Thus, Defendant was not able to file until the following morning. Actually, the undersigned had been absent from the office on April 7, 2023, and the filing was made on his behalf. Attached are Defendant's correction to a signature block issue as well as a PDF exhibit that Plaintiff notified the undersigned was not displaying correctly. The undersigned regrets these errors and respectfully requests the Court's indulgence. The undersigned notified Plaintiffs' counsel that the Government would consent to an enlargement to cure these deficiencies if needed.

April 17, 2023                    Respectfully submitted,

                                 MATTHEW M. GRAVES, D.C. Bar #481052
                                 United States Attorney

                                 BRIAN P. HUDAK
                                 Chief, Civil Division

By: _____/s/_____

KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office-DC
601 D Street, N.W. B Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562