IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WASHINGTON BLADE, et al.,** *Plaintiffs*, v. **U.S. DEPARTMENT OF LABOR,** *Defendant*. | Civil Action No. 20-cv-2591 (RDM) |

### SECOND DECLARATION OF KATIE TOWNSEND

I, Katie Townsend, declare as follows:

1. I am the Deputy Executive Director and Legal Director at the Reporters Committee for Freedom of the Press (the "Reporters Committee"), an unincorporated nonprofit association located in Washington, D.C. I am a member in good standing of the bar of the District of Columbia and am admitted to practice before this Court. I am counsel of record for Plaintiffs in the above-captioned action and I make this declaration in support of Plaintiffs' Reply in Support of their Cross-Motion for Partial Summary Judgment. I have personal knowledge of the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of a supplemental release issued to Plaintiffs on or about March 28, 2023 in the above-captioned matter, identified as Bates pages 1400, 2145–58, and 3768–69.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2023 in Washington, D.C.

*/s/ Katie Townsend*
Katie Townsend

# EXHIBIT A

To: Chapman, Kristin A - OCIA (b) (6)
Cc: Harris, Ondray T - OFCCP (b) (6) ; Dowd, Tom M - OFCCP (b) (6)
From: Leen, Craig - OFCCP[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5FFD4A5B3CC74F49A5D2BF4C747416D4-LEEN, CRAIG]
Sent: Thur 2/15/2018 7:07:14 PM (UTC)
Subject: Senator Lankford Letter - Procedural History
RE: Outreach to Faith-Based Organizations

Kristin,

As discussed, here is the procedural history regarding the letter from Senator Lankford. As mentioned, there is a draft response presently being reviewed by the Department.

- On June 7, 2007, Senator Lankford sent a letter to Secretary Acosta requesting guidance as to the scope of the religious exemption to Executive Order 11246. This letter was referred to OFCCP for a response. (Exhibit 1)

- On July 10, 2017, OFCCP Acting Director Dowd sent a response letter to Senator Lankford indicating that the religious exemption only allowed a religious organization to favor in employment individuals who shared the same religion. The letter indicated that the other requirements of EO 11246 continued to apply to religious organizations and were not excluded by the religious exemption. The letter also indicated that President Trump had issued an Executive Order entitled "Promoting Speech and Religious Liberty" requiring the Attorney General to interpret religious liberty protections, and that the Department of Labor looked forward to working with the Attorney General. (Exhibit 2)

- On July 24, 2017, Senator Lankford's Legislative Counsel (Sarah Seitz) sent an email to Paul Ray at OSEC indicating that she had concerns and questions with the response.

- On October 6, 2017, Attorney General Sessions issued a guidance memorandum to all executive departments and agencies entitled "Federal Law Protections for Religious Liberty" (Exhibit 3)

- On October 17, 2017, Senator Lankford's Legislative Counsel (Sarah Seitz) sent an email to Paul Ray at OSEC and Byron Anderson at OCIA referencing the guidance from the Attorney General. Ms. Seitz ask the Department of Labor to clarify in light of the DOJ guidance that the religious exemption was broader than previously indicated, so "that faith-based entities have the ability to hire people that share their faith mission, not just people that are of the same identical religion, and that they are able to carry out their work consistent with their faith mission . . . ." (Exhibit 4)

- Paul Ray at OSEC sent an email to Director Harris at OFCCP on December 11, 2017 regarding the matter. OFCCP started working on a response letter as of that date.

- Director Harris, Assistant Secretary McGuire, Craig Leen, and Margie Almanza met with Senator Lankford and his staff at the Hart Senate Office Building on January 17, 2018.

- Craig Leen sent an email to Sarah Seitz (Senator Lankford's Legislative Counsel) regarding outreach efforts that OFCCP would be doing to faith-based contractors. Ms. Seitz responded on January 19, 2018. The emails are attached.

- A follow-up meeting with Senator Lankford is tentatively set for March 6, 2018 at 9:15am.

Best,
Craig

Craig E. Leen
Senior Advisor
**U.S. Department of Labor**
Office of Federal Contract Compliance Programs
200 Constitution Avenue, NW

Room C3325
Washington, DC 20210
(202) 693-1115 (Phone)
(202) 693-1304 (Fax)

**To:** Litras, Marika - OFCCP (b) (6)
**From:** (b) (6) - OFCCP [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AA28D2E8B8374CA08039B617EC82976D-STOGLIN, CO]
**Sent:** Fri 8/10/2018 5:00:58 PM (UTC)
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

I ran across an issue in which a contractor denied a religious accommodation to an applicant that they had offered a job to and then canceled the job offer., at the time OFCCP had 3 complaints open against this contractor for various issues. EEOC was handling the persons complaint but I was wondering if it would have been wise if we had looked into the matter as well?

Sincerely

(b) (6)

---

**From:** Litras, Marika - OFCCP
**Sent:** Friday, August 10, 2018 11:57 AM
**To:** (b) (6) - OFCCP
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

Sure what is your question?

---

**From:** (b) (6) - OFCCP
**Sent:** Friday, August 10, 2018 12:43 PM
**To:** Litras, Marika - OFCCP <(b) (6)
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

Good afternoon Marika

I have a question about the religious freedom portion.

Sincerely



---

**From:** Litras, Marika - OFCCP
**Sent:** Friday, August 10, 2018 11:31 AM
**To:** zzOFCCP-ALL
**Subject:** OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

OFCCP Colleagues,

This morning OFCCP issued two new policy directives focused on ensuring equal employment opportunity and protecting Americans' religious freedom. The equal employment opportunity directive calls for OFCCP, starting in FY 2017, to neutrally schedule a portion of compliance evaluations as Focused Reviews of EO 11246, Section 503 or VEVRAA. The religious freedom directive protects the rights of religious-exercising organizations. You can find the press release on these new directives at www.dol.gov/ofccp and the directives at https://www.dol.gov/ofccp/regs/compliance/directives/dirindex.htm.

These directives are part of a broader initiative to ensure federal contractors are in compliance with all aspects of OFCCP regulations and that workers are provided equal access to employment. We will provide more operational guidance on these initiatives in the coming weeks and months.

If you receive questions about either of these new directives we ask that you please refer them to OFCCP Chief of Staff (b) (6) @dol.gov.

Marika Litras
Acting Deputy Director

**To:** Stoglin, Corey - OFCCP (b) (6)
**From:** Litras, Marika - OFCCP[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9112B12A67ED48C19DE52DCEFDAB028C-LITRAS, MAR]
**Sent:** Fri 8/10/2018 10:08:20 PM (UTC)
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

Corey,

If EEOC was already handling the complaint then they can cover the religious accommodation issue under Title VII and we should try our best to minimize any duplication of work. Though I don't know all the specific facts of the case it sounds like you, and I assume in consultation with your manager, took the right approach.

Thanks for your question.

---

**From:** (b) (6) - OFCCP
**Sent:** Friday, August 10, 2018 1:01 PM
**To:** Litras, Marika - OFCCP <(b) (6)
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

I ran across an issue in which a contractor denied a religious accommodation to an applicant that they had offered a job to and then canceled the job offer., at the time OFCCP had 3 complaints open against this contractor for various issues. EEOC was handling the persons complaint but I was wondering if it would have been wise if we had looked into the matter as well?

Sincerely


---

**From:** Litras, Marika - OFCCP
**Sent:** Friday, August 10, 2018 11:57 AM
**To:** (b) (6) - OFCCP
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

Sure what is your question?

---

**From:** (b) (6) - OFCCP
**Sent:** Friday, August 10, 2018 12:43 PM
**To:** Litras, Marika - OFCCP (b) (6) >
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

Good afternoon Marika

I have a question about the religious freedom portion.

Sincerely



---

**From:** Litras, Marika - OFCCP
**Sent:** Friday, August 10, 2018 11:31 AM
**To:** zzOFCCP-ALL
**Subject:** OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

OFCCP Colleagues,

This morning OFCCP issued two new policy directives focused on ensuring equal employment opportunity and protecting Americans' religious freedom. The equal employment opportunity directive calls for OFCCP, starting in FY 2017, to neutrally schedule a portion of compliance evaluations as Focused Reviews of EO 11246, Section 503 or VEVRAA. The religious freedom directive protects the rights of religious-exercising organizations. You can find the press release on these new directives at www.dol.gov/ofccp and the directives at https://www.dol.gov/ofccp/regs/compliance/directives/dirindex.htm.

These directives are part of a broader initiative to ensure federal contractors are in compliance with all aspects of OFCCP regulations and that workers are provided equal access to employment. We will provide more operational guidance on these initiatives in the coming weeks and months.

If you receive questions about either of these new directives we ask that you please refer them to OFCCP Chief of Staff (b) (6) @dol.gov.


Marika Litras
Acting Deputy Director

**To:** Navarro, Carmen - OFCCP (b) (6)
**From:** Litras, Marika - OFCCP[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9112B12A67ED48C19DE52DCEFDAB028C-LITRAS, MAR]
**Sent:** Fri 8/10/2018 10:09:43 PM (UTC)
**Subject:** FW: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

Carmen – I have been receiving several emails from staff after the directives email went out this morning. For your awareness, I am forwarding an email I received from (b) (6) in Minneapolis and my response.

**From:** Litras, Marika - OFCCP
**Sent:** Friday, August 10, 2018 6:08 PM
**To:** (b) (6) - OFCCP <Stoglin.Corey@dol.gov>
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

(b) (6),

If EEOC was already handling the complaint then they can cover the religious accommodation issue under Title VII and we should try our best to minimize any duplication of work. Though I don't know all the specific facts of the case it sounds like you, and I assume in consultation with your manager, took the right approach.

Thanks for your question.

**From:** (b) (6) - OFCCP
**Sent:** Friday, August 10, 2018 1:01 PM
**To:** Litras, Marika - OFCCP (b) (6)
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

I ran across an issue in which a contractor denied a religious accommodation to an applicant that they had offered a job to and then canceled the job offer., at the time OFCCP had 3 complaints open against this contractor for various issues. EEOC was handling the persons complaint but I was wondering if it would have been wise if we had looked into the matter as well?

Sincerely

(b) (6)

**From:** Litras, Marika - OFCCP
**Sent:** Friday, August 10, 2018 11:57 AM
**To:** (b) (6) - OFCCP
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

Sure what is your question?

**From:** (b) (6) OFCCP
**Sent:** Friday, August 10, 2018 12:43 PM
**To:** Litras, Marika - OFCCP (b) (6)
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

Good afternoon Marika

I have a question about the religious freedom portion.

Sincerely

(b) (6)

**From:** Litras, Marika - OFCCP
**Sent:** Friday, August 10, 2018 11:31 AM
**To:** zzOFCCP-ALL
**Subject:** OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

OFCCP Colleagues,

This morning OFCCP issued two new policy directives focused on ensuring equal employment opportunity and protecting Americans' religious freedom. The equal employment opportunity directive calls for OFCCP, starting in FY 2017, to neutrally schedule a portion of compliance evaluations as Focused Reviews of EO 11246, Section 503 or VEVRAA. The religious freedom directive protects the rights of religious-exercising organizations. You can find the press release on these new directives at www.dol.gov/ofccp and the directives at https://www.dol.gov/ofccp/regs/compliance/directives/dirindex.htm.

These directives are part of a broader initiative to ensure federal contractors are in compliance with all aspects of OFCCP regulations and that workers are provided equal access to employment. We will provide more operational guidance on these initiatives in the coming weeks and months.

If you receive questions about either of these new directives we ask that you please refer them to OFCCP Chief of Staff (b) (6) @dol.gov.

Marika Litras
Acting Deputy Director

**To:** Litras, Marika - OFCCP (b) (6)
**From:** (b) (6) OFCCP[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AA28D2E8B8374CA08039B617EC82976D-STOGLIN, CO]
**Sent:** Mon 8/13/2018 2:02:49 PM (UTC)
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

I would agree

Thanks Marika

**From:** Litras, Marika - OFCCP
**Sent:** Friday, August 10, 2018 5:08 PM
**To:** (b) (6) - OFCCP
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom



If EEOC was already handling the complaint then they can cover the religious accommodation issue under Title VII and we should try our best to minimize any duplication of work. Though I don't know all the specific facts of the case it sounds like you, and I assume in consultation with your manager, took the right approach.

Thanks for your question.

**From:** (b) (6) OFCCP
**Sent:** Friday, August 10, 2018 1:01 PM
**To:** Litras, Marika - OFCCP (b) (6)
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

I ran across an issue in which a contractor denied a religious accommodation to an applicant that they had offered a job to and then canceled the job offer., at the time OFCCP had 3 complaints open against this contractor for various issues. EEOC was handling the persons complaint but I was wondering if it would have been wise if we had looked into the matter as well?

Sincerely



**From:** Litras, Marika - OFCCP
**Sent:** Friday, August 10, 2018 11:57 AM
**To:** (b) (6) - OFCCP
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

Sure what is your question?

**From:** (b) (6) - OFCCP
**Sent:** Friday, August 10, 2018 12:43 PM
**To:** Litras, Marika - OFCCP (b) (6) @dol.gov>
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

Good afternoon Marika

I have a question about the religious freedom portion.

Sincerely



**From:** Litras, Marika - OFCCP
**Sent:** Friday, August 10, 2018 11:31 AM
**To:** zzOFCCP-ALL
**Subject:** OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

OFCCP Colleagues,

This morning OFCCP issued two new policy directives focused on ensuring equal employment opportunity and protecting Americans' religious freedom. The equal employment opportunity directive calls for OFCCP, starting in FY 2017, to neutrally schedule a portion of compliance evaluations as Focused Reviews of EO 11246, Section 503 or VEVRAA. The religious freedom directive protects the rights of religious-exercising organizations. You can find the press release on these new directives at www.dol.gov/ofccp and the directives at https://www.dol.gov/ofccp/regs/compliance/directives/dirindex.htm.

These directives are part of a broader initiative to ensure federal contractors are in compliance with all aspects of OFCCP regulations and that workers are provided equal access to employment. We will provide more operational guidance on these initiatives in the coming weeks and months.

If you receive questions about either of these new directives we ask that you please refer them to OFCCP Chief of Staff (b) (6) dol.gov.


Marika Litras
Acting Deputy Director

**To:** (b) (6)
**Sent:** Fri 8/10/2018 10:07:49 PM (UTC)
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

(b) (6)

If EEOC was already handling the complaint then they can cover the religious accommodation issue under Title VII and we should try our best to minimize any duplication of work. Though I don't know all the specific facts of this case it sounds like you, and I assume in consultation with

Thanks for your question.

**From:** (b) (6) - OFCCP
**Sent:** Friday, August 10, 2018 1:01 PM
**To:** Litras, Marika - OFCCP (b) (6) >
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

I ran across an issue in which a contractor denied a religious accommodation to an applicant that they had offered a job to and then canceled the job offer., at the time OFCCP had 3 complaints open against this contractor for various issues. EEOC was handling the persons complaint but I was wondering if it would have been wise if we had looked into the matter as well?

Sincerely
(b) (6)

**From:** Litras, Marika - OFCCP
**Sent:** Friday, August 10, 2018 11:57 AM
**To:** (b) (6) - OFCCP
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

Sure what is your question?

**From:** (b) (6) - OFCCP
**Sent:** Friday, August 10, 2018 12:43 PM
**To:** Litras, Marika - OFCCP (b) (6)
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

Good afternoon Marika

I have a question about the religious freedom portion.

Sincerely

(b) (6)

**From:** Litras, Marika - OFCCP
**Sent:** Friday, August 10, 2018 11:31 AM
**To:** zzOFCCP-ALL
**Subject:** OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

OFCCP Colleagues,

This morning OFCCP issued two new policy directives focused on ensuring equal employment opportunity and protecting Americans' religious freedom. The equal employment opportunity directive calls for OFCCP, starting in FY 2017, to neutrally schedule a portion of compliance evaluations as Focused Reviews of EO 11246, Section 503 or VEVRAA. The religious freedom directive protects the rights of religious-exercising organizations. You can find the press release on these new directives at www.dol.gov/ofccp and the directives at https://www.dol.gov/ofccp/regs/compliance/directives/dirindex.htm.

These directives are part of a broader initiative to ensure federal contractors are in compliance with all aspects of OFCCP regulations and that workers are provided equal access to employment. We will provide more operational guidance on these initiatives in the coming weeks and months.

If you receive questions about either of these new directives we ask that you please refer them to OFCCP Chief of Staff (b) (6) j@dol.gov.


Marika Litras
Acting Deputy Director

**To:** Litras, Marika - OFCCP (b) (6)
**From:** Navarro, Carmen - OFCCP[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5666FC8D7DC041E1B2E5E3FE231DF766-NAVARRO, CA]
**Sent:** Mon 8/13/2018 1:14:18 PM (UTC)
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

Thank you Marika.

Carmen Navarro
Deputy Regional Director
Department of Labor-OFCCP
Midwest Region
(312) 596-(b) (6)

---

**From:** Litras, Marika - OFCCP
**Sent:** Friday, August 10, 2018 5:10 PM
**To:** Navarro, Carmen - OFCCP <(b) (6)>
**Subject:** FW: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

Carmen – I have been receiving several emails from staff after the directives email went out this morning. For your awareness, I am forwarding an email I received from Corey Stoglin in Minneapolis and my response.

---

**From:** Litras, Marika   OFCCP
**Sent:** Friday, August 10, 2018 6:08 PM
**To:** (b) (6) - OFCCP <(b) (6)>
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

(b) (6)

If EEOC was already handling the complaint then they can cover the religious accommodation issue under Title VII and we should try our best to minimize any duplication of work. Though I don't know all the specific facts of the case it sounds like you, and I assume in consultation with your manager, took the right approach.

Thanks for your question.

---

**From:** (b) (6) - OFCCP
**Sent:** Friday, August 10, 2018 1:01 PM
**To:** Litras, Marika - OFCCP <(b) (6) v>
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

I ran across an issue in which a contractor denied a religious accommodation to an applicant that they had offered a job to and then canceled the job offer., at the time OFCCP had 3 complaints open against this contractor for various issues. EEOC was handling the persons complaint but I was wondering if it would have been wise if we had looked into the matter as well?

Sincerely
(b) (6)

---

**From:** Litras, Marika - OFCCP
**Sent:** Friday, August 10, 2018 11:57 AM
**To:** (b) (6) - OFCCP
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

Sure what is your question?

---

**From:** (b) (6) - OFCCP
**Sent:** Friday, August 10, 2018 12:43 PM
**To:** Litras, Marika - OFCCP (b) (6)>
**Subject:** RE: OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

Good afternoon Marika

I have a question about the religious freedom portion.

Sincerely

(b) (6)

---

**From:** Litras, Marika - OFCCP
**Sent:** Friday, August 10, 2018 11:31 AM
**To:** zzOFCCP-ALL
**Subject:** OFCCP Initiates New Policies to Ensure Equal Employment Opportunity and Protect Religious Freedom

OFCCP Colleagues,

This morning OFCCP issued two new policy directives focused on ensuring equal employment opportunity and protecting Americans' religious freedom. The equal employment opportunity directive calls for OFCCP, starting in FY 2017, to neutrally schedule a portion of compliance evaluations as Focused Reviews of EO 11246, Section 503 or VEVRAA. The religious freedom directive protects the rights of religious-exercising organizations. You can find the press release on these new directives at www.dol.gov/ofccp and the directives at https://www.dol.gov/ofccp/regs/compliance/directives/dirindex.htm.

These directives are part of a broader initiative to ensure federal contractors are in compliance with all aspects of OFCCP regulations and that workers are provided equal access to employment. We will provide more operational guidance on these initiatives in the coming weeks and months.

If you receive questions about either of these new directives we ask that you please refer them to OFCCP Chief of Staff (b) (6) @dol.gov


Marika Litras
Acting Deputy Director