# UPDATED APPENDIX A

(Strikethrough entries have been released by Defendants and are no longer at issue.)

| Bates page start | Bates page end | FOIA Exemptions Invoked | Basis for Challenging | Category |
|---|---|---|---|---|
| DOL000331 | DOL000331 | 5; Deliberative Process | Not subject to Exemption 5; No foreseeable harm | S |
| DOL000332 | DOL000332 | 5; Deliberative Process | Not subject to Exemption 5; No foreseeable harm | S |
| DOL000333 | DOL000333 | 5; Deliberative Process | Not subject to Exemption 5; No foreseeable harm | S |
| DOL000334 | DOL000334 | 5; Deliberative Process | Not subject to Exemption 5; No foreseeable harm | S |
| DOL000335 | DOL000336 | 5; Attorney Client; Deliberative Process | Not subject to Exemption 5; No foreseeable harm | S |
| DOL000505 | DOL000506 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | K |
| DOL000507 | DOL000508 | 5; Deliberative Process | Not attorney-client privileged; No foreseeable harm | K |
| DOL000509 | DOL000510 | 5; Attorney Client | Not attorney-client privileged; No foreseeable harm | K |
| DOL000511 | DOL000513 | 5; Attorney Client | Not attorney-client privileged; No foreseeable harm | K |
| DOL000514 | DOL000515 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | K |
| DOL000516 | DOL000517 | 5; Deliberative Process | Not attorney-client privileged; No foreseeable harm | K |
| DOL000518 | DOL000519 | 5; Deliberative Process | Not attorney-client privileged; No foreseeable harm | K |
| DOL000520 | DOL000521 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | K |
| DOL000522 | DOL000523 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | K |
| DOL000578 | DOL000580 | 5; Deliberative Process | Not predecisional or deliberative; No foreseeable harm | Q |
| DOL000581 | DOL000583 | 5; Attorney Client; Deliberative Process | Not predecisional or deliberative; Not attorney-client privileged; No foreseeable harm | Q |
| DOL000584 | DOL000586 | 5; Deliberative Process | Not predecisional or deliberative; Not attorney-client privileged; No foreseeable harm | Q |
| DOL000593 | DOL000595 | 5; Deliberative Process | Not predecisional or deliberative; Not attorney-client privileged; No foreseeable harm | Q |
| DOL000596 | DOL000598 | 5; Deliberative Process | Not predecisional or deliberative; No foreseeable harm | Q |
| DOL000613 | DOL000616 | 5; Deliberative Process | Not predecisional or deliberative; No foreseeable harm | Q |
| DOL000621 | DOL000624 | 5; Attorney Client; Deliberative Process | Not predecisional or deliberative; Not attorney-client privileged; No foreseeable harm | Q |
| DOL000625 | DOL000628 | 5; Attorney Client; Deliberative Process | Not predecisional or deliberative; No foreseeable harm | Q |
| DOL000629 | DOL000632 | 5; Deliberative Process | Not predecisional or deliberative; No foreseeable harm | Q |
| DOL000633 | DOL000637 | 5; Attorney Client; Deliberative Process | Not predecisional or deliberative; No foreseeable harm | Q |
| DOL000638 | DOL000642 | 5; Attorney Client; Deliberative Process | Not predecisional or deliberative; No foreseeable harm | Q |
| DOL000643 | DOL000646 | 5; Attorney Client; Deliberative Process | Not predecisional or deliberative; Not attorney-client privileged; No foreseeable harm | Q |
| DOL000651 | DOL000655 | 5; Deliberative Process | Not predecisional or deliberative | |
| DOL000775 | DOL000776 | 5; Deliberative Process | No foreseeable harm | K |
| DOL000777 | DOL000778 | 5; Deliberative Process | No foreseeable harm | K |
| DOL000779 | DOL000780 | 5; Deliberative Process | No foreseeable harm | K |
| DOL000781 | DOL000782 | 5; Deliberative Process | No foreseeable harm | K |
| DOL000783 | DOL000785 | 5; Deliberative Process | No foreseeable harm | K |
| DOL000786 | DOL000787 | 5; Deliberative Process | No foreseeable harm | K |
| DOL000959 | DOL000960 | 5; Deliberative Process | No foreseeable harm | K |
| DOL001022 | DOL001023 | 5; Deliberative Process | Not deliberative; No foreseeable harm | A |
| DOL001162 | DOL001163 | 5; Deliberative Process | No foreseeable harm | E |
| DOL001164 | DOL001165 | 5; Deliberative Process | No foreseeable harm | E |
| DOL001266 | DOL001267 | 5; Deliberative Process | Not subject to Exemption 5; No foreseeable harm | K |
| ~~DOL001400~~ | ~~DOL001401~~ | ~~5; Deliberative Process~~ | ~~Not deliberative; No foreseeable harm~~ | ~~K~~ |
| DOL001952 | DOL001953 | 5; Deliberative Process | No foreseeable harm | E |
| DOL001954 | DOL001955 | 5; Deliberative Process | No foreseeable harm | E |
| DOL001956 | DOL001957 | 5; Deliberative Process | No foreseeable harm | E |
| DOL001958 | DOL001960 | 5; Deliberative Process | No foreseeable harm | E |
| DOL002006 | DOL002006 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002007 | DOL002007 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002008 | DOL002008 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002009 | DOL002010 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002011 | DOL002011 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002012 | DOL002013 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002014 | DOL002015 | 5; Deliberative Process | No foreseeable harm | H |

| Bates page start | Bates page end | FOIA Exemptions Invoked | Basis for Challenging | Category |
|---|---|---|---|---|
| DOL002016 | DOL002017 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002018 | DOL002019 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002020 | DOL002021 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002022 | DOL002023 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002024 | DOL002025 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002026 | DOL002027 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002028 | DOL002029 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002030 | DOL002031 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002032 | DOL002033 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002034 | DOL002035 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002036 | DOL002037 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002038 | DOL002039 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002071 | DOL002072 | 5; Attorney Client; Deliberative Process | Not subject to Exemption 5; No foreseeable harm | G |
| DOL002073 | DOL002074 | 5; Attorney Client; Deliberative Process | Not subject to Exemption 5; No foreseeable harm | G |
| DOL002075 | DOL002077 | 5; Attorney Client; Deliberative Process | Not subject to Exemption 5; No foreseeable harm | G |
| DOL002143 | DOL002144 | 5; Deliberative Process | Not deliberative; No foreseeable harm | P |
| ~~DOL002151~~ | ~~DOL002152~~ | ~~5; Deliberative Process~~ | ~~No foreseeable harm~~ | ~~P~~ |
| ~~DOL002153~~ | ~~DOL002154~~ | ~~5; Deliberative Process~~ | ~~No foreseeable harm~~ | ~~P~~ |
| ~~DOL002155~~ | ~~DOL002158~~ | ~~5; Deliberative Process~~ | ~~No foreseeable harm~~ | ~~P~~ |
| DOL002252 | DOL002252 | 5; Deliberative Process | Secret Law; No foreseeable harm | I |
| DOL002253 | DOL002254 | 5; Deliberative Process | Secret Law; No foreseeable harm | I |
| DOL002255 | DOL002256 | 5; Deliberative Process | Secret Law; No foreseeable harm | I |
| DOL002257 | DOL002258 | 5; Deliberative Process | Secret Law; No foreseeable harm | I |
| DOL002259 | DOL002260 | 5; Deliberative Process | Secret Law; No foreseeable harm | I |
| DOL002261 | DOL002261 | 5; Deliberative Process | Secret Law; No foreseeable harm | I |
| DOL002262 | DOL002263 | 5; Deliberative Process | Secret Law; No foreseeable harm | I |
| DOL002264 | DOL002264 | 5; Deliberative Process | Secret Law; No foreseeable harm | I |
| DOL002265 | DOL002265 | 5; Attorney Client; Deliberative Process | Secret Law; No foreseeable harm | I |
| DOL002266 | DOL002266 | 5; Attorney Client; Deliberative Process | Secret Law; No foreseeable harm | I |
| DOL002272 | DOL002273 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002275 | DOL002275 | 5; Deliberative Process | Secret Law; No foreseeable harm | I |
| DOL002322 | DOL002324 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002325 | DOL002327 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002329 | DOL002329 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002330 | DOL002330 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002331 | DOL002331 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002332 | DOL002333 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002334 | DOL002335 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002336 | DOL002337 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002359 | DOL002359 | 5; Deliberative Process | No foreseeable harm | H |
| DOL002440 | DOL002440 | 5; Deliberative Process | Not subject to Exemption 5, Secret Law; No foreseeable harm | I |
| DOL002586 | DOL002587 | 5; Deliberative Process | Not subject to Exemption 5; No foreseeable harm | G |
| DOL002588 | DOL002589 | 5; Deliberative Process | Not subject to Exemption 5; No foreseeable harm | G |
| DOL002590 | DOL002591 | 5; Deliberative Process | Not subject to Exemption 5; No foreseeable harm | G |
| DOL002644 | DOL002645 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002646 | DOL002647 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002648 | DOL002650 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002651 | DOL002653 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002654 | DOL002656 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002657 | DOL002659 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002660 | DOL002662 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002663 | DOL002665 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002666 | DOL002668 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |

| Bates page start | Bates page end | FOIA Exemptions Invoked | Basis for Challenging | Category |
|---|---|---|---|---|
| DOL002669 | DOL002671 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002672 | DOL002674 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002675 | DOL002677 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002678 | DOL002680 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002681 | DOL002683 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002684 | DOL002686 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL002785 | DOL002786 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL002787 | DOL002789 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL002985 | DOL002986 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL002987 | DOL002988 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL002989 | DOL002990 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL002991 | DOL002992 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL002993 | DOL002995 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL002996 | DOL002997 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL002998 | DOL002999 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL003000 | DOL003001 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL003002 | DOL003003 | 5; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL003004 | DOL003005 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL003006 | DOL003008 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL003009 | DOL003010 | 5; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL003011 | DOL003012 | 5; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL003013 | DOL003014 | 5; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL003015 | DOL003016 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL003017 | DOL003018 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL003019 | DOL003020 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL003124 | DOL003125 | 5; Deliberative Process | No foreseeable harm | K |
| DOL003126 | DOL003127 | 5; Deliberative Process | No foreseeable harm | K |
| DOL003131 | DOL003132 | 5; Deliberative Process | No foreseeable harm | V |
| DOL003133 | DOL003134 | 5; Deliberative Process | No foreseeable harm | V |
| DOL003135 | DOL003138 | 5; Deliberative Process | No foreseeable harm | V |
| DOL003139 | DOL003142 | 5; Deliberative Process | No foreseeable harm | V |
| DOL003143 | DOL003146 | 5; Deliberative Process | No foreseeable harm | V |
| DOL003147 | DOL003151 | 5; Deliberative Process | No foreseeable harm | V |
| DOL003152 | DOL003156 | 5; Deliberative Process | No foreseeable harm | V |
| DOL003165 | DOL003166 | 5; Deliberative Process | No foreseeable harm | E |
| DOL003167 | DOL003168 | 5; Deliberative Process | No foreseeable harm | E |
| DOL003169 | DOL003170 | 5; Deliberative Process | No foreseeable harm | E |
| DOL003171 | DOL003172 | 5; Deliberative Process | No foreseeable harm | E |
| DOL003173 | DOL003174 | 5; Deliberative Process | No foreseeable harm | E |
| DOL003268 | DOL003269 | 5; Attorney Client; Deliberative Process | Not predecisional or deliberative; No foreseeable harm | C |
| DOL003270 | DOL003271 | 5; Attorney Client; Deliberative Process | Not predecisional or deliberative; No foreseeable harm | C |
| DOL003272 | DOL003273 | 5; Attorney Client; Deliberative Process | Not predecisional or deliberative; No foreseeable harm | C |
| DOL003274 | DOL003275 | 5; Attorney Client; Deliberative Process | No foreseeable harm | C |
| DOL003276 | DOL003277 | 5; Attorney Client; Deliberative Process | No foreseeable harm | C |
| DOL003282 | DOL003284 | 5; Attorney Client; Deliberative Process | No foreseeable harm | C |
| DOL003285 | DOL003287 | 5; Attorney Client; Deliberative Process | No foreseeable harm | C |
| DOL003288 | DOL003290 | 5; Attorney Client; Deliberative Process | No foreseeable harm | C |
| DOL003294 | DOL003296 | 5; Attorney Client; Deliberative Process | No foreseeable harm | C |
| DOL003297 | DOL003300 | 5; Attorney Client; Deliberative Process | No foreseeable harm | C |
| DOL003301 | DOL003304 | 5; Attorney Client; Deliberative Process | No foreseeable harm | C |
| DOL003305 | DOL003308 | 5; Attorney Client; Deliberative Process | No foreseeable harm | C |
| DOL003309 | DOL003312 | 5; Attorney Client; Deliberative Process | No foreseeable harm | C |
| DOL003313 | DOL003317 | 5; Attorney Client; Deliberative Process | No foreseeable harm | C |
| DOL003318 | DOL003322 | 5; Attorney Client; Deliberative Process | No foreseeable harm | C |

| Bates page start | Bates page end | FOIA Exemptions Invoked | Basis for Challenging | Category |
|---|---|---|---|---|
| DOL003350 | DOL003350 | 5; Attorney Client | No justification provided | Not applicable |
| DOL003361 | DOL003362 | 5; Deliberative Process | No foreseeable harm | B |
| DOL003489 | DOL003491 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003492 | DOL003494 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003495 | DOL003497 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003498 | DOL003500 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003501 | DOL003503 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003504 | DOL003506 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003507 | DOL003509 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003510 | DOL003513 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003514 | DOL003517 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003518 | DOL003521 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003522 | DOL003526 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003527 | DOL003530 | 5; Attorney Client | No foreseeable harm | Z |
| DOL003531 | DOL003535 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003536 | DOL003540 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003541 | DOL003545 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003546 | DOL003550 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003551 | DOL003555 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003556 | DOL003560 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003561 | DOL003565 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003566 | DOL003571 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003572 | DOL003577 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003578 | DOL003583 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003584 | DOL003589 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003590 | DOL003595 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003596 | DOL003601 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003602 | DOL003608 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003609 | DOL003615 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003616 | DOL003622 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003623 | DOL003629 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003630 | DOL003636 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003637 | DOL003643 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003644 | DOL003650 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003651 | DOL003657 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003658 | DOL003664 | 5; Attorney Client; Deliberative Process | No foreseeable harm | Z |
| DOL003697 | DOL003697 | 5; Deliberative Process | No foreseeable harm | H |
| DOL003703 | DOL003703 | 5; Deliberative Process | Not subject to Exemption 5; No foreseeable harm | I |
| DOL003724 | DOL003725 | 5; Deliberative Process | No foreseeable harm | E |
| DOL003730 | DOL003731 | 5; Deliberative Process | Secret Law; No foreseeable harm | I |
| DOL003736 | DOL003736 | 5; Deliberative Process | No foreseeable harm | H |
| DOL003739 | DOL003740 | 5; Deliberative Process | No foreseeable harm | G |
| DOL003741 | DOL003744 | 5; Deliberative Process | No foreseeable harm | V |
| DOL003749 | DOL003750 | 5; Deliberative Process | No foreseeable harm | H |
| DOL003751 | DOL003751 | 5; Deliberative Process | No foreseeable harm | H |
| DOL003752 | DOL003754 | 5; Deliberative Process | No foreseeable harm | Z |
| ~~DOL003768~~ | ~~DOL003769~~ | ~~5; Deliberative Process~~ | ~~No foreseeable harm~~ | ~~P~~ |
| DOL003789 | DOL003795 | 5; Attorney Client; Deliberative Process | Not attorney-client privileged; No foreseeable harm | Z |
| DOL003822 | DOL003824 | 5; Deliberative Process | Not deliberative; No foreseeable harm | A |
| DOL003825 | DOL003826 | 5; Deliberative Process | Not deliberative; No foreseeable harm | A |
| DOL003827 | DOL003828 | 5; Deliberative Process | Not deliberative; No foreseeable harm | A |
| DOL003829 | DOL003831 | 5; Deliberative Process | Not deliberative; No foreseeable harm | A |
| DOL003990 | DOL003991 | 5; Deliberative Process | No foreseeable harm | I |

| Bates page start | Bates page end | FOIA Exemptions Invoked | Basis for Challenging | Category |
|---|---|---|---|---|
| DOL003993 | DOL003994 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL003995 | DOL003996 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL003997 | DOL003998 | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| DOL004001 | DOL004002 | 5; Deliberative Process | Not predecisional or deliberative; No foreseeable harm | I |
| DOL004003 | DOL004004 | 5; Deliberative Process | Not predecisional or deliberative; No foreseeable harm | I |
| DOL004005 | DOL004006 | 5; Deliberative Process | Not predecisional or deliberative; No foreseeable harm | I |
| DOL004024 | DOL004026 | 5; Deliberative Process | Secret Law; No foreseeable harm | I |
| Doc Nos. 8-9 | | 5; Deliberative Process | Not predecisional; No foreseeable harm | I |
| Doc Nos. 91-92 | | 5; Deliberative Process | Not deliberative; No foreseeable harm | A |
| Doc No. 96 | | 5; Deliberative Process | Not deliberative; No foreseeable harm | I |
| Doc Nos. 116-17 | | 5; Attorney-Client | Not attorney-client privileged; No foreseeable harm | Z |
| Doc No. 133 | | 5; Deliberative Process | Not deliberative; No foreseeable harm | S |
| Doc No. 164–65 | | 5; Deliberative Process | No foreseeable harm | B |