**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **WASHINGTON BLADE, et al.,** | |
| *Plaintiffs*, | |
| v. | Civil Action No. 20-cv-2591 (RDM) |
| **U.S. DEPARTMENT OF LABOR,** | |
| *Defendant*. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF SHAWN MUSGRAVE**
**<u>AS COUNSEL FOR PLAINTIFFS</u>**

Pursuant to Local Civil Rule 83.6(b), I respectfully submit this notice of withdrawal of my appearance as counsel for Plaintiffs the Washington Blade and Chris Johnson. Since I will be departing from the Reporters Committee for Freedom of the Press, please remove me as counsel of record for Plaintiffs in this matter.

The following attorneys will continue to represent Plaintiffs in this matter: Katie Townsend, Adam A. Marshall, and Gunita Singh.

Dated: Jan. 10, 2024

Respectfully submitted,

<u>/s/ Shawn Musgrave</u>
Shawn Musgrave
D.C. Bar No. 90002165

<u>/s/ Katie Townsend</u>
Katie Townsend
DC Bar No. 1026115
Adam A. Marshall
DC Bar No. 1029423
Gunita Singh
DC Bar No. 1601923

1

REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org
Email: amarshall@rcfp.org
Email: gsingh@rcfp.org

*Counsel for Plaintiffs*