UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WASHINGTON BLADE, et al.,

      Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
LABOR,

      Defendant.

Civil Action No. 20-2591 (RDM)

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Dimitar P. Georgiev-Remmel and remove the appearance of Assistant United States Attorney

Kenneth A. Adebonojo as counsel for Defendant United States Department of Labor in the above-

captioned case.

Dated: March 20, 2024          Respectfully submitted,


By: _____ */s/ Dimitar P. Georgiev-Remmel*
      Dimitar P. Georgiev-Remmel (Bar # 1735756)
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252 - 7678

      *Attorney for the United States of America*