UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON BLADE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEPARTMENT OF LABOR,<br><br>    Defendant. | Civil Action No. 20-2591 (RDM) |

**ELEVENTH JOINT STATUS REPORT**

    Pursuant to the Court's November 4, 2024, Memorandum Opinion and Order, ECF No. 42, the parties submit this joint status report in this Freedom of Information Act ("FOIA") case.

    The parties report that they are currently conferring regarding ways to resolve their differences without further burdening the Court and that they need additional time to complete their discussions. To allow the parties time to complete their discussions, the parties respectfully request that the Court order them to file another joint status report on or before January 30, 2025.

- 2 -

| | |
|---|---|
| Dated:  December 2, 2024 | Respectfully submitted, |
| */s/ Katie Townsend* | MATTHEW M. GRAVES, D.C. BAR #481052<br>United States Attorney |
| Katie Townsend<br>D.C. Bar No. 1026115<br>Ktownsend@rcfp.org | BRIAN P. HUDAK<br>Chief, Civil Division |
| Adam A. Marshall<br>D.C. Bar No. 1029423<br>Amarshall@rcfp.org | By:       /s/ *Dimitar P. Georgiev*<br>DIMITAR P. GEORGIEV, D.C. Bar # 1735756<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 815-8654 |
| Gunita Singh<br>D.C. Bar No. 1601923<br>Gsingh@rcfp.org | *Attorneys for the United States of America* |
| Reporters Committee for Freedom of the Press 1156 15th St, NW Suite 1020<br>Washington, DC 20005<br>(202) 795-9300 | |
| *Counsel for Plaintiffs* | |