# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WASHINGTON BLADE, et al.,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**U.S. DEPARTMENT OF LABOR,**<br><br>*Defendant.* | Civil Action No. 20-cv-2591 (RDM) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6, undersigned counsel, Katie Townsend, hereby gives notice of her withdrawal as counsel for Plaintiffs Washington Blade and Christopher Johnson (collectively, "Plaintiffs") in the above-captioned matter.

Dated:     January 2, 2025

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
DC Bar No. 1026155
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org

1

Consented to by:

Kevin Naff on behalf of Plaintiff Washington Blade

Plaintiff Christopher Johnson