UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WASHINGTON BLADE, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>DEPARTMENT OF LABOR,<br><br>   Defendant. | Civil Action No. 20-2591 (RDM) |

## TWELFTH JOINT STATUS REPORT

Pursuant to the Court's December 3, 2024, Minute Order, the parties submit this joint status report in this Freedom of Information Act ("FOIA") case.

The parties are continuing to meet and confer about the resolution of this case.  The parties have agreed, in principle, to a settlement of Plaintiffs' claims.  The tentative settlement is subject to final approval by the Department of Justice  and the execution of an approved written agreement. Given these developments, the parties respectfully request that the Court permit them to submit a further joint status report in approximately sixty days, on or before March 31, 2025, to apprise the Court of their progress. However, parties shall promptly notify the Court should they resolve this matter prior to the next deadline.

*      *      *

- 2 -

Dated:  January 30, 2025

*/s/ Gunita Singh*

Gunita Singh
D.C. Bar No. 1601923
Gsingh@rcfp.org

Adam A. Marshall
D.C. Bar No. 1029423
Amarshall@rcfp.org

Reporters Committee for Freedom of
the Press 1156 15th St, NW Suite
1020
Washington, DC 20005
(202) 795-9300

*Counsel for Plaintiffs*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  _____ /s/ *Dimitar P. Georgiev* _____
      DIMITAR P. GEORGIEV, D.C. Bar # 1735756
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 815-8654

*Attorneys for the United States of America*

- 2 -