UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WASHINGTON BLADE, et al.,

        Plaintiffs,

    v.

DEPARTMENT OF LABOR,

        Defendant.

Civil Action No. 20-2591 (RDM)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: February 24, 2025

Respectfully submitted,

*/By Permission/ Gunita Singh*

Gunita Singh
D.C. Bar No. 1601923
Gsingh@rcfp.org

Adam A. Marshall
D.C. Bar No. 1029423
Amarshall@rcfp.org

Reporters Committee for Freedom of the Press 1156 15th St, NW Suite 1020
Washington, DC 20005
(202) 795-9300

*Counsel for Plaintiffs*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/ *Dimitar P. Georgiev*
    DIMITAR P. GEORGIEV, D.C. Bar # 1735756
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 815-8654

*Attorneys for the United States of America*